01

02

03

04

05                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
06                                 AT SEATTLE

07  DANIEL J. SIMMS, aka TERRY WEEKS,   )   CASE NO.: C06-0942-RSM
                                        )
08          Petitioner,                 )
                                        )
09          v.                          )   REPORT AND RECOMMENDATION
                                        )
10  STATE OF WASHINGTON,                )
                                        )
11          Respondent.                 )
    _____)

12

13          Petitioner Daniel Simms has filed a petition for writ of habeas corpus under 28 U.S.C. §

14  2254.  Petitioner is currently incarcerated in the King County Department of Adult and Juvenile

15  Detention where he is awaiting sentencing on charges of first degree robbery, second degree

16  assault, and first degree unlawful possession of a firearm.  (*See* Dkt. No. 1.)  Petitioner indicates

17  in his petition that he was convicted on June 29, 2006, and that he is to be sentenced on July 25,

18  2006. (*See id.*)

19          Under 28 U.S.C. § 2254, the district court may entertain an application for a writ of habeas

20  corpus only from an individual in custody pursuant to the judgment of a state court.  This Court

21  has no jurisdiction to intervene in ongoing state court proceedings.  *See Demos v. U.S. Dist. Court*

22  *for E. Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991), *see also*, 28 U.S.C. § 1651.  Because

REPORT AND RECOMMENDATION
PAGE -1

01  petitioner has not yet been sentenced for his crimes, no judgment has yet been entered against.

02  This Court therefore lacks jurisdiction to consider the instant petition.[1]

03          Accordingly, this Court recommends that petitioner's federal habeas petition be dismissed

04  without prejudice.  A proposed order accompanies this Report and Recommendation.

05          DATED this 6th day of July, 2006.

06          _____
            Mary Alice Theiler

07          United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20  _____

21          [1] Petitioner is advised that once he is sentenced, and a judgment is entered by the King County Superior, his federal habeas claims will become eligible for review by this Court only *after* he has properly exhausted his state court remedies with respect those claims.  *See* 28 U.S.C.

22  § 2254(b)(1).

REPORT AND RECOMMENDATION
PAGE -2